HARLEY GLASOW, an Infant, by WILLIAM GLASOW, His Guardian ad Litem, Appellant, *v.* M. MORAN TRANSPORTATION LINES, INC., et al., Respondents.

WILLIAM GLASOW, Appellant, *v.* M. MORAN TRANSPORTATION LINES, INC., et al., Respondents.

Argued February 27, 1942; decided April 16, 1942.

513

*Wilfred E. Hoffman* for appellants.

*Phillip T. Young* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.